IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Florida
Miami DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Devon Anthony Brown

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

City of Opa-Locka

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

FILED by MM D.C.
APR 2 8 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Complaint for a Civil Case**

Case No. **16-CV-21513-COOKE/TORRES**
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Devon Anthony Brown
   Street Address: P.O Box 470373
   City and County: Miami-Dade
   State and Zip Code: Florida 33247
   Telephone Number: (954)628-2512
   E-mail Address: bentzedek@hotmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: City of Opa-Locka
   Job or Title: _____ (if known)
   Street Address: 780 Fisherman Street
   City and County: Opa-Locka, Dade
   State and Zip Code: Florida, 33054
   Telephone Number: (305) 953-2834
   E-mail Address: _____ (if known)

   Defendant No. 2
   Name: _____
   Job or Title: _____ (if known)
   Street Address: _____
   City and County: _____

        State and Zip Code  _____
        Telephone Number  _____
        E-mail Address

        _____ (if known)

Defendant No. 3
    Name  _____
    Job or Title

    _____ (if known)

    Street Address  _____
    City and County  _____
    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address

    _____ (if known)

Defendant No. 4
    Name  _____
    Job or Title

    _____ (if known)

    Street Address  _____
    City and County  _____
    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address

    _____ (if known)

**II.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another

State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*U.S. Constitution Article 2 (Executive Branch) Article 3 (Judicial Branch), 14th Amendment Due process, 6th Amendment - Face accuser, 7th Amendment*

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, (name) City of Opa-locka is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Florida. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant violated Plaintiff's Constitutional Rights, which caused financial pain, suffering, anxiety & stress

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Devon A. Brown had an unconstitutional Red Light Traffic hearing in The City of Opa locka FL. on 4-14-2016. At The hearing, The City's Hearing Officer said everyone was guilty (has to pay) unless they can show otherwise. Plaintiff argues his due process writes which were violated & ignored. Plaintiff could not face his accuser, nor was his Constitutional Right protected.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff Devon A. Brown, is asking this court to give Plaintiff relief in the amount of $950,000.00 for his pain and suffering caused by the defendants unconstitutional acts. The defendant has caused alot of emotional stress on Plaintiff, Plaintiff seeks relief against defendant for these violations.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-28, 2016.

Signature of Plaintiff   Devon Brown
Printed Name of Plaintiff   Devon A. Brown

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____

Bar Number            _____
Name of Law Firm      _____
Address               _____
Telephone Number      _____
E-mail Address        _____

# THE UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

Devon A. Brown
    Plaintiff,

vs.

THE CITY OF OPA LOCKA
_____/

## PLAINTIFF'S CONSTITUTIONAL AND CIVIL RIGHTS COMPLAINT

COMES NOW the Plaintiff Devon A. Brown, Sui Juris, filing this complaint against the CITY OF OPA LOCKA for violation of his Constitutional and Civil Rights. Plaintiff Devon A. Brown retains Jurisdiction of his Common Law Rights in this cause.

## HISTORY

1) On April 14, 2016, Sui Juris, Plaintiff Devon A. Brown went to a traffic ticket Hearing conducted by the CITY OF OPA LOCKA via an Hearing Officer. At the beginning of the hearing, the hearing officer announced that everyone at the hearing on the date provided above is Responsible for the ticket unless they can show certain proofs. (1) was an emergency vehicle behind the defendant that forced them to go through the red light. (2) Did a Law Enforcement Officer direct you through the light?. The hearing Officer concluded by saying, if any one present at the hearing could not prove any of the above mentioned, THEY

1.

ARE GUILTY!!!.

2) Under American Jurisprudence of Justice, this Honorable court will no doubt agree with the plaintiff, that it is a basic Maxim of COMMOAN LAW, that all accused are "INNOCENT" until proven guilty in a court of law. The hearing officer has shifted the burden of proof on the accused to prove their innocent. The burden of proof must be on the Accuser to prove his/her case.

### COUNT 1    UNCONSTITUTIONAL ACT 1

3) The Hearing Officer falls under an Administrative Agency, and is therefore a part of the Executive Branch of Government, this is seen in Article two of the United States Constitution, and Article four of the Florida Constitution. The Hearing officer practicing law from the Bench is an Article 3 Judiciary act under the United States Constitution and Article five of the Florida Constitution. This is a violation of the Separation of powers clause under both the United States Constitution and The Florida Constitution.

### COUNT 2    UNCONSTITTUTIONAL ACT 2

4) The 14th Amendment to the United States Constitution GUARANTEES "EQUAL PROTECTION UNDER THE LAW". Under the CITY OF OPA LOCKA'S ticketing violation system, if 2 people are co-owners, co-registrants of a motor vehicle, the person who's name is at the top of the registration gets the ticket. How does the ticket enforcers determine who gets the ticket? Do they say, "hiney miney miney moe"?. The question is, how can the ticket agency target one person on the registration, when both people's names are equal to the registrants? This question was asked by the plaintiff at the hearing, in which the hearing officer had no reply, but kept saying, "i find you guilty of the red light ticket

violation".

### COUNT 3     UNCONSTITUTIONAL ACT 3

5) Under the 6th Amendment of the United States Constitution, the accused have a right to face his accuser and to ask his accuser questions relating to the charges that the accused are been accused of and to compel evidence from the accuser.
In Plaintiff's case, the accuser was the CITY OF OPA LOCKA, WHICH IS A FICTITIOUS CORPORATION. The accused asked for his accuser to be at the hearing to question his accuser about certain facts of the accusation. Namely, can you prove that the accused was driving the car, did you see the accused behind the wheels on the date of the alleged violation etc. There was no CITY OF OPA LOCKA witness to be confronted. Once again, the hearing officer ignored these laws and rules, because the case in the beginning was pre-determined by the hearing officer.

### COUNT 4     UNCONSTITUTIONAL ACT 4

6) The Plaintiff asked for a Trial By Jury as mandated by the 7th amendment of the United States Constitution. This request was submitted in a sworn affidavit by the plaintiff on or about March 30, 2016. A guaranteed constitutional protected right cannot be taken away. It can be done in only 2 ways, (1) it can be amended by the Legislature, (2) it can be waived by the individual citizen. In plaintiff's case, NONE OF THESE took place.

## CONCLUSIONS

WHEREFORE the Plaintiff Devon A. Brown motions this court to GRANT him the monetary amount of $950,000 he requests in this action for pain and sufferring caused by the action of the defendant.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the following was served via regular U.S. Mail on this __28__ day of __April__, 2016

Party served below is :                              By:

CITY OF OPA LOCKA                                    Devon A. Brown
780 Fisherman Street                                 P.O. BOX 470373
OPA LOCKA, FL. 33054                                 MIAMI, FL. 33247
                                                     (954)628-2512

                                                     *Devon Brown* (signature)

4.